# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **BRIAN MUNIZ,** | * |
| | * |
| PLAINTIFF, | * |
| v. | * |
| | * Case No. 3:24-cv-50146 |
| **FREELAND GROUP** | * |
| **RESTAURANTS, INC.,** | * Hon. Rebecca R. Pallmeyer |
| a corporation, | * |
| | * Mag. Judge Margaret J. Schneider |
| DEFENDANT. | * |
| | * |

## JOINT STATUS OF SETTLEMENT

In response to the Minute Entry of September 3, 2024 (Dkt. 18), the parties state that they have settled this matter. The parties respectfully ask for 45 days to finalize the settlement documents and enter the stipulation of dismissal.

Dated this 15th day of October, 2024:

    Respectfully submitted,

/s/ Ryan D. Johnson
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
(224) 548-0855
rjohnsonada@gmail.com
*Attorney for Plaintiff*

/s/ Erica J. Bury
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 803-2520
Erica.Bury@jacksonlewis.com
*Attorney for Defendant*