**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

Brian Muniz
                                 Plaintiff,

v.                                              Case No.: 3:24−cv−50146
                                                       Honorable Rebecca R. Pallmeyer

FREELAND GROUP RESTAURANTS, INC., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation of Dismissal [21] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. Each party to bear their own costs. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.